

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-15-00249-CV**
**NO. 02-15-00253-CV**

| | | |
|---|---|---|
| Christopher Hoskins & Dennis Eckel | § | From the 442nd District Court |
| | § | of Denton County (14-01284-158) |
| v. | § | May 12, 2016 |
| Ricco Family Partners, Ltd. | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in these cases and holds that there was no error in the trial court's orders. It is ordered that the orders of the trial court are affirmed.

It is further ordered that appellants Christopher Hoskins and Dennis Eckel, jointly and severally, shall pay all of the costs of these appeals, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Terrie Livingston

Chief Justice Terrie Livingston